

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00878-CR

The **STATE** of Texas,
Appellant

v.

Saul Cirino **GREGEDA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13784CR
Honorable Dennis Powell, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 12, 2025.

_____
Irene Rios, Justice

---

[1] Justice Lori Massey Brissette is not participating.